# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0524

PROTECT THE CLEARWATER,

*Plaintiff / Appellee*,

v.

MONTANA DEPARTMENT OF ENVIRONMENTAL
QUALITY, and L.H.C., INC.,

*Defendants / Appellants*,

## [PROPOSED] ORDER

Upon consideration of Appellant Montana Department of Environmental Quality's unopposed motion seeking a 30-day extension of time to file its opening brief, and for good cause, the motion is GRANTED. Appellant DEQ shall file its opening brief on or before January 6, 2024.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 22 2023